In the Matter of the Application of ELEVENTH AVENUE AND FORTY-SIXTH STREET CORPORATION for a Voluntary Dissolution. DARRAGH A. PARK and Others v. LEE & COMPANY and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of FREDBURN CONSTRUCTION CORPORATION for an Order Directing WAGENHEIM & GOODMAN, Lienors, to Furnish an Itemized Statement of Labor and Material Making up Amount of Lien Filed against Moneys under Contract No. 100710 between the Board of Education of the City of New York and Fredburn Construction Corporation for the Erection of the Brooklyn Technical High School Building, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CHARLES SCHMACHER and Another v. BOSTON FIRE INSURANCE COMPANY and Others and CREST FURNITURE, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant, appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GERITH REALTY CORPORATION and ISIDOR KAHN, Stockholders, etc., v. NORMANDIE NATIONAL SECURITIES CORPORATION and Others, Impleaded with LOUIS BACHMAN and Others, as Executors, etc., of MAURICE FIEUX, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOSEPH YUKON v. HORN & HARDART COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHANNA RISCHKE v. RICHARD J. REYNOLDS, Also Known as DICK REYNOLDS. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ALICE HOFFMAN and Another v. EMIL FRAAD and ELSIE FRAAD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FRANK GOLDBERG v. WILLIAM F. HEIDE and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of PAULINE M. PAPKE and Others v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ELIZABETH KORKUS v. BERNARD KRAMER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.